# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv29

| | |
|---|---|
| PAUL FAGAN; and EVELYN FAGAN, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNITRIN AUTO AND HOME ) | |
| INSURANCE COMPANY d/b/a ) | |
| Kemper, a Unitrin Business, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for the Substitution of Defendant's Party Name. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for the Substitution of Defendant's Party Name (#11) is **GRANTED,** the caption is changed to properly reflect the correct name of the defendant, and plaintiff is **GRANTED** leave to file an Amended Complaint to make similar corrections within 10 days of receipt of this Order.

Signed: December 5, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge