# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
## 2:08cv29

| | |
|---|---|
| **PAUL FAGAN; and EVELYN FAGAN,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )     **ORDER**<br>) |
| **UNITRIN AUTO AND HOME INSURANCE COMPANY d/b/a Kemper, a Unitrin Business,** | )<br>)<br>)<br>) |
| Defendant and<br>Third-Party Plaintiff, | )<br>)<br>) |
| Vs. | )<br>) |
| **ICA, INC.,** | )<br>) |
| Third-Party Defendant. | )<br>) |

**THIS MATTER** is before the court on defendant's second Motion to File a Third Party Complaint (#12). This pleading appears to have been filed in error and is duplicative of pleading #13. (The court has considered #13 as the substantive motion inasmuch as it was later filed, but it does not include the proposed third-party complaint.)

Counsel for defendant also appears to be filing scanned pleadings rather than pleadings that have been converted into electronic documents. While such practice

is permissible, it creates a document that is electronically unusable as it can neither be searched nor may passages be electronically copied.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to File a Third Party Complaint (#12) is **STRICKEN.**

Signed: December 8, 2008

Dennis L. Howell
United States Magistrate Judge