# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
#### 2:08cv29

| | | |
|---|---|---|
| **PAUL FAGAN; and EVELYN FAGAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **UNITRIN AUTO AND HOME** | ) | |
| **INSURANCE COMPANY d/b/a** | ) | |
| **Kemper, a Unitrin Business,** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Third-Party Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **ICA, INC.,** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant Unitrin's Motion to Stay the Initial Attorney Conference. While such motion will be allowed, counsel are advised that the court has issued a number of orders in this case over the past several days and that counsel may combine motions in one pleading, especially where one motion is a natural consequence of an earlier motion. This results not only in savings for the client, but in judicial efficiency.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Unitrin's Motion to Stay the Initial Attorney Conference (#17) is **ALLOWED,** and the requirement of conducting an IAC and filing a CIAC shall be governed as provided in Local Civil Rule 16.1(D), which anticipates joinder of the issue after the third-party complaint is answered.

Signed: December 8, 2008

Dennis L. Howell
United States Magistrate Judge